IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:22-cr-00069-TSL-RPM

SONIA LISSETH SUAZO
a/k/a Sonia Lisseth Brizuela-Zepeda
a/k/a Sonia Lisseth Brizuela
a/k/a Sonia Suazo-Brizuela
a/k/a Sonia Lisseth Soazo
a/k/a Sonia Brizuela
a/k/a Sonia L. Suazo
a/k/a Sonia Suazo

ORDER GRANTING ORE TENUS MOTION TO DISMISS

On motion of the United States Attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss without prejudice Count 1 of the Indictment in Criminal No. 1:22-cr-00069-TBM-RPM against the defendant, SONIA LISSETH SUAZO, the Court finds that the motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Count 1 of the Indictment in Criminal No. 1:22-cr-00069-TBM-RPM against the defendant, SONIA LISSETH SUAZO, is hereby dismissed without prejudice.

This the 17th day of November 2022.

/ s/ Tom S. Lee
TOM S. LEE
UNITED STATES SENIOR DISTRICT JUDGE